UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
**GREGORY WILLIAM GARDEN**

CASE NO: 13-55911
CHAPTER: 13
JUDGE: RHODES

_____Debtor(s)_____/

### ORDER CONFIRMING PLAN AND LIFING STAY AS TO REGIONS BANK AS TO REAL PROEPRTY LOCATED AT 1660 SWALLOW, MARCO ISLAND FL

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last amended, if at all, is confirmed.
IT IS FURTHER ORDERED that the claim of <u>WILLIAM R. ORLOW</u>, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **** in fees and **** in expenses, and that the portion of such claim which has not already been paid, to-wit: **** shall be paid by the Trustee as an administrative expense of this case.
IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.
All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X] The Debtors shall remit <u>100%</u> of all tax refunds to which Debtors are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

[X] Fees by application. Trustee shall reserve $5,000.00 for 30 days pending a fee application by Debtor's counsel.

[X] Plan provision V.C shall read as follows: **RETENTION AND COMPENSATION OF OTHER PROFESSIONALS FOR POST-PETITION PRE-CONFIRMATION SERVICES:** If Class 2.3 indicates that Debtor has retained or intends to retain the services of any Professional (as that term is defined in 11 USC §327) to perform professional services after the commencement of this case, Debtor shall file a timely Application to Employ Professional Person stating the identity of the person to be retained and the capacity or purpose for retention, accompanied by a Certification of Disinterestedness signed by the Professional and obtain Court permission to retain the Professional. The Professional may seek compensation in an amount not to exceed $400.00 by filing a Proof of Claim designated as an Administrative Expense without further notice, hearing or Order of Court. If the Professional seeks compensation in excess of $400.00, the Professional shall file an Application for Compensation for services rendered pursuant to 11 USC §327.

[X] Oakland County Treasurer (Claim #2-1) shall be paid a Class 5.2 secured claim for real property taxes secured by real property located at 34067 Grand River Ave., Farmington, MI 48335 in the amount of $15,086.91 at 12% interest for tax years 2011-2013 (**2013** summer installment, only). The Oakland County Treasurer shall retain its lien until paid in full. This claim includes the claim for taxes proposed to be paid for tax year 2013 to the City of Farmington. Creditor is the statutory assignee assigned to collect these taxes now due. The Trustee shall therefore make no disbursements to the City of Farmington. Creditors shall have 28 days to object to this treatment.

[X] Language in Class 5.1 stating that Fifth Third Bank's claim shall be surrendered in "full satisfaction" is hereby stricken. Fifth Third Bank shall file a deficiency claim within 120 days of any sale of the collateral surrendered. Any such deficiency shall be treated as Class 9 general unsecured debt. Fifth Third shall have 28 days from entry of this Order to objection to this changed treatment.

[X] Credit Union One (Claim #4-1) shall be paid a Class 5.2 secured claim in the amount of $18,616.69, payable at 5% interest over the life of the Plan. In the event Debtor fails to maintain automobile insurance for the vehicle securing this claim (2010 Ford Taurus), Credit Union One shall serve written notice (via 1st Class mail and ECF) upon Debtor, Debtor's counsel and the Trustee of such default. In the event Debtor fails to provide proof of automobile insurance within **15** days of service of such notice, Credit Union One shall be entitled to file an Affidavit of Default along with an Order lifting the Automatic Stay to this Court, and the Automatic Stay shall be terminated as to Credit Union One, as it relates to the 2010 Ford Taurus, without further notice or hearing.

[X] The Internal Revenue Service (Claim #3) shall be paid pursuant to its proof of claim.

[X] Debtor's Plan payments shall increase to **$2300.00** per month effective **December 11, 2013.**

[X] Creditor Colonial Savings Bank (Claim #15) shall be paid pursuant to its proof of claim as a Class 4.1 and 4.2 secured claim. The Class 4.2 pre-petition arrearage claim of Colonial Savings Bank shall be cured over 36 months.

[X] The Automatic Stay as to Regions Bank (Claim #10) is hereby vacated as to real property located at 1060 Swallow, Marco, Island FL 34146. Creditor shall have 28 days from entry of this Order to Objection.

[X] The Trustee Objection to Exemptions and Confirmation regarding Debtor's scheduled claim for potential damages relating to the alleged wrongful termination of his prior employment is preserved pending the outcome of any litigation commenced to resolve Debtor's claim. Debtor shall remit any funds received from such claim to his attorney to be placed in escrow within three (3) business days of receipt of any such funds. Furthermore, any Motion to Approve Settlement or Adjudication of Debtor's claim and disposition of any settlement funds shall be filed within twenty-one (21) days of completion of litigation.

**Objections Withdrawn:**

**/s/ Michael P. Hogan (P63074) for Oakland County Treasurer**

**/s/ Christopher Frank (P67169) for Credit Union One**

**/s/ Rose A. Merithew (P73319) for Colonial Savings Bank**

Approved:

| | |
|---|---|
| /s/Maria Gotsis | /s/ Corey M. Carpenter |
| KRISPEN S. CARROLL (P49817) | Corey M. Carpenter (P67818) |
| Chapter 13 Trustee | Attorney for Debtor |
| 719 Griswold | 24100 Woodward Ave. |
| 1100 Chrylser House | Pleasant Ridge, MI 48069 |
| Detroit, MI 48076 | (248) 584-2100 |
| (313) 962-5035 | Coreycarpenter@boclaw.com |
| swrconf@det13ksc.com | |

**Signed on December 14, 2013**

    **/s/ Phillip J. Shefferly**
**Phillip J. Shefferly**
**United States Bankruptcy Judge**
**In the absence of**
**Judge Steven W. Rhodes**